IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **I N D I C T M E N T** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:18 CR 614 |
| | ) | Title 18, Sections 153, |
| JOHN W. GOLD, | ) | 1028A(a)(1), and 1344(2), |
| | ) | United States Code |
| Defendant. | ) | |

JUDGE POLSTER

COUNT 1
(Embezzlement Against an Estate, in violation of 18 U.S.C. § 153)

The Grand Jury charges:

1.      Beginning on or about October 3, 2013, through in or around January 2015, within the Northern District of Ohio, Eastern Division, Defendant JOHN W. GOLD, who was the attorney of debtor G.D. and an officer of the court, knowingly and fraudulently appropriated to his own use, embezzled, spent, and transferred property, that is, approximately $32,722.37 in funds belonging to the bankruptcy estate of G.D., a debtor, which property came into his charge as the attorney for G.D. and an officer of the court.

In violation of Title 18, United States Code, Section 153

COUNT 2
(Bank Fraud 18 U.S.C. § 1344(2))

The Grand Jury further charges:

1.      At all times material to this count, Key Bank and JP Morgan Chase Bank were financial institutions as defined in Title 18 United States Code, Section 20, the deposits of which were insured by the FDIC.

2.      On or about May 4, 2016, Defendant JOHN W. GOLD unlawfully and knowingly executed and attempted to execute a scheme and artifice to defraud Key Bank and JP Morgan Chase Bank and to obtain money under the custody and control of Key Bank and JP Morgan Chase Bank by means of false and fraudulent pretenses, representations, and promises.

3.      Defendant fraudulently endorsed and caused to be fraudulently endorsed check number 976465235, in the amount of $15,500, drawn on Nationwide Insurance Company's JP Morgan Chase Bank account made payable to JOHN W. GOLD and E.S., which Defendant then deposited and caused to be deposited into his Key Bank IOLTA account.

4.      In depositing the check set forth in this Count, Defendant falsely represented that he was entitled to obtain Nationwide Insurance Company's funds in the custody and control of JP Morgan Chase Bank, and that the check was otherwise valid.

In violation of Title 18, United States Code, Section 1344(2).

<u>COUNT 3</u>
(Aggravated Identity Theft, 18 U.S.C. § 1028A(a)(1))

The Grand Jury further charges:

5.      On or about May 4, 2016, in the Northern District of Ohio, Eastern Division, Defendant JOHN W. GOLD, during and in relation to a felony violation enumerated in Title 18, United States Code Section 1344, to wit: bank fraud, charged in Count 2, did knowingly transfer, possess, and use, without lawful authority, a means of identification of E.S. an individual, whose name is known to the Grand Jury, knowing that the means of identification belonged to another actual person.

In violation of Title 18, United States Code, Section 1028A(a)(1).

A TRUE BILL.

Original Document—Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.