**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 1:18CR614 |
| Plaintiff, | : | |
| | : | JUDGE DAN A. POLSTER |
| vs. | : | |
| | : | |
| JOHN W. GOLD, | : | **MOTION TO WITHDRAW** |
| | : | **AS COUNSEL** |
| Defendant. | : | |

    Counsel for Defendant John W. Gold, hereby moves this Honorable Court to withdraw as counsel of record in this case. On October 16, 2019, Mr. Gold was arraigned before Magistrate Judge David A. Ruiz. On October 16th and 18th, 2019, counsel met with Mr. Gold and he repeatedly expressed to counsel that he does not feel that undersigned counsel has acted in his best interest. Further, counsel may become a potential witness in a matter related to Mr. Gold's case. These events have undermined the attorney-client relationship, and have impinged upon Mr. Gold's Sixth Amendment right to effective assistance of counsel.

    For these reasons, counsel respectfully moves this Court to grant the motion to withdraw as counsel and requests that new CJA counsel be appointed to represent Mr. Gold in order to ensure his constitutional rights.

Respectfully submitted,

STEPHEN C. NEWMAN
Federal Public Defender
Ohio Bar: 0051928

s/ *JACQUELINE A. JOHNSON*
First Assistant
Federal Public Defender
Ohio Bar: 0025606
1660 West Second Street, Suite 750
Cleveland, Ohio 44113
(216) 522-4856 (o); (216) 522-4321 (f)
(jacqueline_johnson@fd.org)
